UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| JEFFREY JOEL JUDY,<br>an individual,<br><br>   Plaintiff,<br>vs.<br><br>THE DOHERTY GROUP, INC.,<br>a Florida Corporation,<br><br>   Defendant.<br>_____ | )<br>)<br>) CASE NO.: 8:23-cv-2275-MSS-AAS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses this action with prejudice, with each party to bear its respective fees and costs.

Dated: December 12, 2023

               Respectfully Submitted,

               KU & MUSSMAN, P.A.
               18501 Pines Blvd, Suite 209-A
               Pembroke Pines, Florida 33029
               Tel: (305) 891-1322
               Fax: (954) 686-3976
               Louis@kumussman.com

               By: */s/ Louis I. Mussman*
               Louis I. Mussman, Esq. (Lead Counsel)
               (FL Bar # 597155)
               Brian T. Ku, Esq.

1

(FL Bar #: 610461)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of December, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and a copy will be sent via U.S. Mail to the following:

Steven M. Appelbaum
Susan Lewis
SAUL EWING LLP
701 Brickell Avenue
17th Floor
Miami, FL 33131
Tel: (305) 428-4519
steven.appelbaum@saul.com
susan.lewis@saul.com


By: /s/ Louis Mussman
     Louis I. Mussman, Esq.